THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARGARET COLQUITT, )
    Plaintiff, )
     )
v. ) Civil Action No. 1:12cv393
     )
FAIRFAX COUNTY PUBLIC SCHOOLS, )
    Defendant. )

F I L E D
AUG 22 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

On July 30, 2012, the *pro se* plaintiff in this employment discrimination matter filed a one-page motion to dismiss the action without prejudice based on the alleged "complexity of this case," which, according to plaintiff, "was unexpected at the initial filing." Doc. 20. Thereafter, on August 3, 2012, the assigned magistrate judge issued a Report and Recommendation recommending that the matter instead be dismissed <u>with</u> prejudice, pursuant to Rule 37, Fed. R. Civ. P., given plaintiff's "repeated abuse of the discovery process and her disregard for the Court's Orders and governing rules," as detailed in the Report and Recommendation. Doc. 22 at 6-7. Plaintiff has not filed any objection or response to the magistrate judge's recommendation in this regard. Defendant, in turn, has filed a memorandum in favor of the magistrate judge's recommendation that the matter be dismissed with prejudice.

For good cause, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the August 3, 2012 Report and Recommendation.

Accordingly, it is further **ORDERED** that the instant matter is hereby **DISMISSED** with prejudice.

1

Should plaintiff wish to appeal this Order she must do so by filing a written notice of appeal within thirty (30) days after entry of the Order, pursuant to Rules 3 and 4, Fed. R. App. P.

The Clerk is directed to send a copy of this Order to the *pro se* plaintiff and all counsel of record and to place this matter among the ended causes.

Alexandria, VA
August 22, 2012

/s/
T. S. Ellis, III
United States District Judge